ADAM C. SHERMAN (SBN 224979)
acsherman@vorys.com
**VORYS, SATER, SEYMOUR AND PEASE LLP**
2211 Michelson Drive, Suite 500
Irvine, CA 92612
Telephone: (513) 723-4680
Facsimile: (513) 723-4680

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

ORTHO MOLECULAR PRODUCTS, INC., a corporation,

Plaintiff,

vs.

VIBRANT SPOT LLC, a limited liability company, and JOHN DOES 1-10,

Defendants.

Case No. 2:25-cv-12334-AH-MAA

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

**DISCOVERY MATTER**

*[Filed concurrently with Plaintiff's Memorandum of Points and Authorities, OMPI's Proposed Subpoena to Amazon and [Proposed] Order]*

Pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure, Plaintiff Ortho Molecular Products, Inc. ("OMPI") hereby requests leave to engage in limited expedited discovery from third party Amazon.com, Inc. ("Amazon"). As more fully explained in Plaintiff's Memorandum of Points and Authorities, this expedited discovery is necessary to obtain information needed to support Plaintiff's request for injunctive relief and damages when it files a motion for default judgment against Defendant Vibrant Spot LLC ("Vibrant Spot"). No prejudice will result to any party.

In support of this Motion, Plaintiff submits the attached Memorandum of Points and Authorities, a copy of the proposed subpoena to Amazon, and the Proposed Order.

Dated: February 11, 2026

Respectfully submitted,

*/s/ Adam C. Sherman*

Adam C. Sherman (SBN 224979)
***Attorney for Plaintiff***
***Ortho Molecular Products, Inc.***

## RULE 37-1 CERTIFICATION

In accordance with L.R. 37-1, I hereby certify that I was precluded from engaging in a pre-filing conference to resolve this dispute because Vibrant Spot has defaulted.

Dated: February 11, 2026

Respectfully submitted,

*/s/ Adam C. Sherman*
Adam C. Sherman (SBN 224979)
***Attorney for Plaintiff***
***Ortho Molecular Products, Inc.***