# Exhibit 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

ORTHO MOLECULAR PRODUCTS, INC., a corporation,

Plaintiff,

vs.

VIBRANT SPOT LLC, a limited liability company, and JOHN DOES 1-10,

Defendants.

Case No. 2:25-cv-12334-AH-MAA

**DECLARATION OF CUSTODIAN OF RECORDS**

I, Stephanie Habben, state and declare as follows:

1. I am over the age of 18 years. I am a Litigation Paralegal employed by Amazon.com Services LLC. My responsibilities include investigating, responding to, and managing lawsuits and other legal matters involving Amazon. I am familiar with the manner in which Amazon's records are created and maintained by virtue of my duties and responsibilities. I make this declaration based on knowledge gained as an

employee of Amazon and my review of Amazon records kept and maintained in the ordinary course of business.

2. The documents transmitted in response to the Subpoena on nonparty Amazon in the above-referenced matter (Amazon Ref. No. SUB1030141) reflect information from Amazon's original records created, kept, maintained, and relied upon by Amazon.com in the ordinary course of its business.

3. The records referred to were prepared by the personnel of the above-named business, in the ordinary course of business at or near the time of the acts, conditions, or events recorded.

4. The record which is attached is identified as Ortho Molecular Products v Vibrant Spot SUB1030141 – CONFIDENTIAL AMZN_0001.xlsx."

5. The sources of the information set forth in the enclosed records are Amazon's business records kept, maintained, and relied upon by Amazon in the ordinary course of business.

6. The records being produced contain data extracted by company personnel from Amazon's original records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 25th day of June 2026, and executed in Seattle, Washington.

Signed by:
Stephanie Habben
037C367A777F46D...

Stephanie Habben
Litigation Paralegal