JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ORTHO MOLECULAR PRODUCTS, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIBRANT SPOT LLC, a limited liability company, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-12334-AH-MAA<br><br>**FINAL JUDGMENT** |

Having considered the Amended Motion for Default Judgment ("Motion") filed by Plaintiff Ortho Molecular Products, Inc. ("OMPI" or "Plaintiff") and any opposition thereto, it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. OMPI's Motion is GRANTED in part.

2. Pursuant to Federal Rule of Civil Procedure 55(b)(2), default judgment is entered in this matter against Defendant Vibrant Spot LLC ("Vibrant Spot" or "Defendant") for OMPI's claims for: (1) trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a); (2) unfair competition in

violation of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A); (3) unfair and deceptive business practices in violation of Cal. Bus. & Prof. Code §§ 17200, *et seq*.; (4) common law trademark infringement and (5) tortious interference with contractual relations.

3. Pursuant to 15 U.S.C. § 1117(a), OMPI is awarded damages in the form of Vibrant Spot's profits. Having considered the documentary evidence submitted with the Motion, the Court has determined that OMPI is entitled to recover Vibrant Spot's profits in the amount of $2,052,389.23.

4. This Judgment also constitutes a permanent injunction. *See* 15 U.S.C. § 1116(a). The injunctive relief provisions of this Judgment apply to Vibrant Spot as well as its agents, owners, servants, employees, and all persons or entities in active concert or participation with Vibrant Spot or Vibrant Spot's officers, agents, servants, employees, and attorneys (collectively, the "Enjoined Parties").

5. OMPI has valid and subsisting trademarks. These trademarks include but are not limited to: METHYL CPG® (U.S. Reg. No. 5,163,067); CERENITY® (U.S. Reg. No. 5,158,909); ALPHA BASE® (U.S. Reg. No. 5,135,295); ESTRODIM® (U.S. Reg. No. 5,027,133); CORE RESTORE® (U.S. Reg. No. 5,027,132); ADRENEVIVE® (U.S. Reg. No. 5,027,131); ADAPTEN-ALL® (U.S. Reg. No. 5,027,130); INFLAMMACORE® (U.S. Reg. No. 4,954,304); ORTHO BIOTIC® (U.S. Reg. No. 4,926,114); ADREN-ALL® (U.S. Reg. No. 4,880,994); MITOCORE® (U.S. Reg. No. 4,819,784); CM VITALS CARDIO METABOLIC SOLUTIONS® (U.S. Reg. No. 4,143,641); CM CORE® (U.S. Reg. No. 4,126,397); PRO BONO® (U.S. Reg. No. 3,118,025); MEMBRIN® (U.S. Reg. No. 2,916,511); ORTHOMEGA® (U.S. Reg. No. 3,022,978); DIAXINOL® (U.S. Reg. No. 2,817,412); BECAUSE EFFICACY MATTERS® (U.S. Reg. No. 2,896,271); LIFESTYLE MATRIX® (U.S. Reg. No. 4,264,830); EFFICACY THE POWER OF E® (U.S. Reg. No. 3,714,374); and ORTHO MOLECULAR PRODUCTS® (U.S. Reg. No. 2,287,524) (collectively the "OMPI Trademarks").

6. The Enjoined Parties are:

(a) Prohibited from advertising or selling all OMPI products or products bearing the OMPI Trademarks through **any storefront** on www.amazon.com ("Amazon"), including, **but not limited to**, the Amazon storefront that is currently called "Vibrant Spot," has an Amazon Merchant ID A11PSCDR8UEXHJ, and can be accessed at https://www.amazon.com/sp?seller=A11PSCDR8UEXHJ;

(b) Prohibited from advertising or selling, through any medium (including all Internet and non-Internet channels), all OMPI products or products bearing the OMPI Trademarks;

(c) Prohibited from using any of the OMPI Trademarks in any manner, including advertising on the Internet,

(d) Prohibited from importing, exporting, manufacturing, producing, distributing, circulating, selling, offering to sell, advertising, promoting, or displaying any and all OMPI products as well as any products bearing any of the OMPI Trademarks; and

(e) Required to take all action to remove from the Enjoined Parties' websites and online storefronts any reference to any OMPI products or any of the OMPI Trademarks.

7. The Enjoined Parties must destroy or return to OMPI all products bearing the OMPI Trademarks that are in the Enjoined Parties' possession, custody, or control.

8. Pursuant to Rule 65(d)(2) of the Federal Rules of Civil Procedure, this Order is binding upon the following persons who receive actual notice of it: the parties, the parties' officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with the parties or the parties' officers, agents, servants, employees, and attorneys.

9. Doe Defendants 1-10 are dismissed from this action with prejudice.

10. This Court shall retain jurisdiction of this matter in law and in equity for

the purpose of enforcing and/or adjudicating claims in violation of this Judgment and Permanent Injunction. Any such matters shall be raised by noticed motion.

**IT IS SO ORDERED.**

Dated: August 13, 2026

By: ______________________
Honorable Anne Hwang
United States District Judge